Napoleon J. Rankin BEY, Plaintiff–Appellant,

and

Anthony Leon Hoover, a/k/a Anthony Leon Hoover El; Terrence Leroy Wright, El; Maurice Hartgrove, as Moorish American Nationals; James K. Hoyle Bey; Samuel Junior Jackson; James Lee Troxler, El; Errick L. Bowe; Webster Waller, a/k/a Webster Waller Bey; Michael Holliday, Plaintiffs,

v.

State of NORTH CAROLINA, Sub Jurisdiction Counties; North Carolina Department of Public Safety, Defendants–Appellees.

No. 15–6521.

United States Court of Appeals, Fourth Circuit.

Submitted: June 25, 2015.

Decided: June 30, 2015.

Napoleon J. Rankin Bey, Appellant Pro Se.

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Napoleon J. Rankin Bey appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Jackson v. North Carolina*, No. 5:14–ct–03220–F (E.D.N.C. Mar. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*